```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   MICHEL ANDRE
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    )  No. CR.S.08-574-GGH
                                )
13                Plaintiff,    )  STIPULATION AND ORDER TO CONTINUE
                                )  TRIAL CONFIRMATION HEARING AND
14     v.                       )  JURY TRIAL
                                )
15 MICHEL ANDRE,                )  Date: Oct. 27, 2009
                                )  Time: 9:00 a.m.
16                Defendant.    )  Judge: Hon. Gregory G. Hollows
   _____)
17
```

18

19       It is hereby stipulated between the parties, Matthew Stegman,

20  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

21  Cusick, Assistant Federal Defender, attorney for defendant, MICHEL

22  ANDRE that the trial confirmation hearing set for October 27, 2009 and

23  the jury trial set for November 9, 2009 be reset for trial confirmation

24  hearing on December 14, 2009 at 9:00 a.m. and jury trial on January 4,

25  2009 at 9:00 a.m.

26       This continuance is requested as negotiations are continuing

27  between the parties and additional time is needed for defense

28  investigation.

1    It is further stipulated that the period from the date of this
2 stipulation through and including December 14, 2009 should be excluded
3 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon
4 continuity of counsel and defense preparation.

6 Dated:  October 26, 2009                Respectfully submitted,
7                                          DANIEL J. BRODERICK
                                           Federal Defender
9                                          /s/ Lauren D. Cusick
                                           LAUREN D. CUSICK
10                                         Assistant Federal Defender
                                           Attorney for Defendant
11                                         MICHEL ANDRE

12 Dated: October 26, 2009                 LAWRENCE G. BROWN
13                                         United States Attorney

14                                         /s/ Heiko Coppola for
                                           MATTHEW STEGMAN
15                                         Assistant U.S. Attorney

17                              **O R D E R**

19    IT IS SO ORDERED.

21 Dated: October 26, 2009
                                            /s/ Gregory G. Hollows
22                                         _____
                                           HON. GREGORY G. HOLLOWS
23                                         United States Magistrate Judge

24 andre.ord

Stip and Order                       2