```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-08-0574-GGH |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | INFORMATION AND ORDER |
| v. ) | |
| ) | |
| MICHEL W. ANDRE, ) | DATE: March 1, 2010 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Gregory. G. Hollows |
| _____) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an

///
///
///
///
///
///
///
///
///

1

1 | Order dismissing without prejudice the above-entitled matter.
2 | DATED: February 17, 2010.          BENJAMIN B. WAGNER
3 |                                    United States Attorney
4 |                              By:   /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
5 |                                    Assistant U.S. Attorney
6 |
                                O R D E R
7 |
8 | IT IS SO ORDERED:
9 | DATED: February 22, 2010
10 |
11 | /s/ Gregory G. Hollows
     _____
12 | United States Magistrate Judge